ADAM PAUL LAXALT
Attorney General
JARED M. FROST (Bar No. 11132)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendants*
*Francisco Sanchez and Romeo Aranas*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL LEVI FULLER, | Case No. 3:17-cv-00351-MMD-VPC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| ROMEO ARANAS, *et al.*, | |
| Defendants. | |

Plaintiff Michael Levi Fuller, *pro se,* and Defendants Francisco Sanchez and Romeo Aranas, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, hereby stipulate and agree to dismiss the above-captioned matter with prejudice. Each party will bear their own attorney fees and costs. This stipulation is made and based on a Settlement Agreement reached by the parties. The

///
///
///
///

parties further state that they have resolved this matter in its entirety, and that the Court may accordingly close the case.

DATED this 10 day of Dec, 2018.                    DATED this 10 day of December, 2018.

ADAM PAUL LAXALT
Attorney General

_____                     By: _____
MICHAEL LEVI FULLER                                JARED M. FROST, ESQ.
*Plaintiff Pro Se*                                 Senior Deputy Attorney General
                                                   Bureau of Litigation
                                                   Public Safety Division
                                                   *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** The matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED December 20, 2018.

_____
UNITED STATES DISTRICT JUDGE